**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIGHTER PATH ALABAMA, LLC, an Alabama limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>RITE OF PASSAGE, INC., a Nevada corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case Number: 3:26-cv-00212-ART-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brighter Path Alabama, LLC's ("Plaintiff") and Defendant Rite of Passage, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to dismiss with prejudice all claims for relief asserted by the Complaint [ECF No. 1] filed by Plaintiff on March 24, 2026, against Defendant.

/ / /

/ / /

/ / /

Page 1 of 3

MAC: 18319-001 (#6391630.1) 6/2/2026 10:43 AM

IT IS FURTHER STIPULATED AND AGREED that Plaintiff and Defendant will bear their own respective attorneys' fees and costs incurred in relation to the proceedings before this Court.

IT IS SO STIPULATED.

DATED this 14th day of May, 2026

MARQUIS AURBACH

By: */s/ Jared M. Moser*
    Jared M. Moser, Esq.
    Nevada Bar No. 13003
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for Plaintiff,*
    *Brighter Path Alabama, LLC*

DATED this 21st day of May, 2026

FENNEMORE CRAIG, P.C

By: */s/ Chelsie A. Adams*
    Chelsie A. Adams, Esq.
    Nevada Bar No. 13058
    9275 W. Russell Rd., Suite 240
    Las Vegas, NV 89148
    *Attorneys for Defendant,*
    *Rite of Passage, Inc.*

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED this 4th day of June, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Page 2 of 3

MAC: 18319-001 (#6391630.1) 6/2/2026 10:43 AM